# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

J. W., by and through CASSANDRA          )
WHITFIELD, as next friend,               )
                                         )
        Plaintiff,                   )
                                         )
    v.                               )          No. 4:12-CV-1315-RWS
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
        Defendant.                   )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion.  The complaint contains

the full name of a minor child.  Local Rule 5-2.17(A)(2) requires that the names of

minor children be redacted from any filing with the Court.  "Only the initials of minor

children may be listed."  Id.  As a result, the Court will direct the Clerk to place the

complaint under seal.  Additionally, plaintiff shall, no later than August 17, 2012, file

an amended complaint that complies with Local Rule 5-2.17(A).

Additionally, civil actions by minors may be commenced and prosecuted only

by a duly appointed guardian of such minor or, if there is no such guardian, by a next

friend appointed by the court in such civil action.  Fed.R.Civ.P. 17.  Plaintiff has not

provided the Court with documents showing that he has a court-appointed guardian,

nor filed a petition for appointment of next friend in this matter.  Thus, a next friend

must be appointed before further proceedings may occur.  Accordingly, the Court will order plaintiff to file a petition for appointment of next friend.  Failure to file such petition will result in this action being dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall place the complaint under seal.

**IT IS FURTHER ORDERED** that plaintiff shall, no later than August 17, 2012, file an amended complaint that complies with Local Rule 5-2.17(A).

**IT IS FURTHER ORDERED** that plaintiff shall, no later than August 17, 2012, file a motion for appointment of next friend for the purpose of commencing and prosecuting this action.  Failure to file such a motion shall result in this action being dismissed without prejudice.

Dated this 6th day of August, 2012.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE